IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR 206-021-1 |
| | ) | |
| Eddie Michael Smith, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Court has received a motion seeking the release of Defendant **Eddie Michael Smith**'s Presentence Investigation Report ("PSI") to the Clemency Project 2014. This motion was filed by **Caprice Jenerson**, who is appearing pro bono on behalf of Defendant. After careful consideration, the motion is **GRANTED** and the Bureau of Prisons ("BOP") is authorized to release Defendant's PSI to counsel representing Defendant as part of the Clemency Project 2014. Counsel shall fully comply with the BOP policy for releasing Presentence Reports to Clemency Project 2014 attorneys:

(1) use of the PSI shall be exclusively for counsel's representation of Defendant in connection with the Clemency Project 2014;

(2) disclosure of the PSI may occur only with the permission of Defendant and only to members of the Clemency Project 2014's screening and steering committees who have executed nondisclosure agreements, and to the Office

of the Pardon Attorney as a required attachment to any petition for clemency;

(3) further disclosure of the PSI to any other individual is strictly forbidden;

(4) disclosure of the PSI to an inmate in the custody of the BOP is not permitted under any circumstances; and

(5) destruction of the PSI shall occur immediately following the conclusion of counsel's representation.

Any failure to strictly comply with these restrictions may subject counsel to discipline from this Court.

SO ORDERED, this 9th day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA